JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FREEDOM FROM RELIGION FOUNDATION, INC., | No.  CV 08-7833 PA (PJWx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF RANCHO CUCAMONGA and LINDA DANIELS | |
| Defendants. | |

In accordance with the Court's October 15, 2009 Minute Order granting summary judgment in favor of defendant City of Rancho Cucamonga and the Court's October 27, 2009 order approving the parties' Stipulation of Dismissal that dismisses Plaintiff's claims against defendant Linda Daniels without prejudice, there are no remaining claims pending in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. Plaintiff Freedom from Religion Foundation, Inc. ("Plaintiff") shall recover nothing from the City of Rancho Cucamonga on Plaintiff's claim for relief;

2. The City of Rancho Cucamonga shall have judgment in its favor on Plaintiff's claim for relief;

3. The City of Rancho Cucamonga shall recover from Plaintiff its costs of suit; and

4. Plaintiff and Linda Daniels shall bear their own costs.

The Clerk is ordered to enter this Judgment.

DATED: October 27, 2009

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

-2-